UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MOSELEY, an individual; and MICHELLE MOSELEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL JOHNSON, personal representative of the estate of LLOYD JOHNSON; CHRISTMAN, KELLEY & CLARKE, PC, a Texas Corporation; DUGAN P. KELLEY, an individual; MATTHEW M. CLARKE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 1:18-cv-00344-DAD-JLT<br><br>ORDER RELATING AND REASSIGNING CASE |
| AMERICAN SAFETY SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHNSON, personal representative of the estate of LLOYD JOHNSON; CHRISTMAN, KELLEY & CLARKE, PC, a Texas Corporation; DUGAN P. KELLEY, an individual; MATTHEW M. CLARKE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 1:18-cv-00349-LJO-JLT |

1

Review of the record in latter above-referenced action entitled *American Safety Services, Inc. v. Michael Johnson, et al.*, No. 1:18-cv-00349-LJO-JLT, reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Gene Moseley et al. v. Michael Johnson, et al.*, No. 1:18-cv-00344-DAD-JLT. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district judge and magistrate judge in *American Safety Services, Inc. v. Michael Johnson, et al.*, No. 1:18-cv-00349-LJO-JLT, have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Jennifer L. Thurston will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that *American Safety Services, Inc. v. Michael Johnson, et al.*, No. 1:18-cv-00349-LJO-JLT is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Jennifer L. Thurston. Accordingly, documents filed that action shall bear the new case number:

**1:18-cv-00349-DAD-JLT**

IT IS SO ORDERED.

Dated: **March 13, 2018**

UNITED STATES DISTRICT JUDGE