Gene Moseley, in pro per
11211 Laverham Court
Bakersfield, CA 93312
Phone: (661) 303-5802

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MOSELEY, an individual; MICHELLE MOSELEY, an individual, | **CASE NO. 1:18-CV-00344-DAD-JLT** |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| vs. | **(Doc. 6)** |
| MICHAEL JOHNSON, personal representative of the estate of LLOYD JOHNSON, CHRISTMAN, et al., | |
| Defendants. | |

The parties have stipulated that the plaintiff may file a first amended complaint. (Doc. 6)

Thus, the Court **ORDERS**:

    1.    The plaintiff may file the first amended complaint within ten days;

    2.    No response is required as to the original complaint but the defendants SHALL file their responsive pleading within 21 days of the filing of the first amended complaint.

IT IS SO ORDERED.

    Dated:   **April 3, 2018**                 **/s/ Jennifer L. Thurston**

                                                UNITED STATES MAGISTRATE JUDGE